**No. 41231.**—Protest 970589–G of Wm. A. Camp Co., Inc. (New York).

Opinion by KEEFE, J. It was held that the net weight of the figs in question should have been used in the assessment of duty. The protest was sustained in accordance with stipulation of counsel.